UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

U.S.A. vs. Shawn Jerome Allen                               Docket No. 5:14-CR-267-1H

**Petition for Action on Supervised Release**

COMES NOW Julie Rosa, United States Probation Officer, of the court, presenting a petition for modification of the Judgment and Commitment Order of, Shawn Jerome Allen, who, upon an earlier plea of guilty to Possession of Crack Cocaine With Intent to Distribute, 21 U.S.C. § 841(a)(1), was sentenced by the Honorable Samuel G. Wilson, U.S. District Judge of the Western District of Virginia, on July 26, 1995, to the custody of the Bureau of Prisons for a term of 262 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 96 months.

Shawn Jerome Allen was released from custody on September 9, 2014, at which time the term of supervised release commenced.

On November 10, 2014, jurisdiction was transferred to the Eastern District of North Carolina.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On June 10, 2015, the defendant appeared before the court upon a Motion for Revocation, the motion was denied, supervision was continued, and the defendant was released from custody. The defendant is basically homeless and has nowhere to reside. The probation officer believes the interest of justice would best be served by modifying his conditions to allow him to reside up to 120 days in a residential reentry center.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release probation be modified as follows:

1. The defendant shall undergo placement in a residential reentry center for a period of 120 days as arranged by the probation office and shall abide by the conditions of that program during said placement.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Jeffrey L. Keller
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Julie W. Rosa
U.S. Probation Officer
310 New Bern Avenue, Room 310
Raleigh, NC 27601
Phone: 919/861-8675
Executed On: June 10, 2015

Shawn Jerome Allen
Docket No. 5:14-CR-267-1H
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___10TH___ day of June 2015 and ordered, filed and made a part of the records in the above case.

_Malcolm J. Howard_
Malcolm J. Howard
Senior U.S. District Judge